Appeal dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ANNA S. CAMPBELL, Respondent, v. EDWARD B. CAMPBELL, Appellant.

Argued October 6, 1953; decided October 22, 1953.

*James B. Gitlitz* for appellant.
*Harry S. Travis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.